## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Barbashov, et al. v. Experian Information Solutions, Inc.

Case Number: 1:15-cv-8943

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Sergey Barbashov and Shivan Bassaw

Attorney name (type or print): James M. Pietz

Firm: Pietz Law Office

Street address: 429 Forbes Avenue, Suite 1710

City/State/Zip: Pittsburgh, PA 15219

Bar ID Number: IL 6197586
(See item 3 in instructions)

Telephone Number: (412) 288-4333

Email Address: jpietz@pietzlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 8, 2015

Attorney signature: S/ James M. Pietz
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015