# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sergey Barbashov et al., <br><br> v. <br><br> Experian Information Solutions, Inc., <br><br> PLAINTIFF(S) / DEFENDANT(S). | **CASE NUMBER** <br><br> CV15-08883 DDP (JCx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

__11/19/2015__   __Andrew J. Guilford__
Date   United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____   _____
Date   United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __SACV15-01592 AG (DFMx)__ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Jacqueline Chooljian__ to Magistrate Judge __Douglas F. McCormick__.

On all documents subsequently filed in this case, please substitute the initials __AG (DFMx)__ after the case number in place of the initials of the prior judge, so that the case number will read __CV15-08883 AG (DFMx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] *Previous Judge*   [ ] *Statistics Clerk*